People v Grefer (Charles) 4th Dept: 149 AD3d 1543 (Onondaga)    denied 7/25/17
(Rivera, J.)
(Appeal No. 2)

People v Griffin    2d Dept: 147 AD3d 974 (Richmond)    denied 7/25/17
(Rivera, J.)

People v Hale    2d Dept: 147 AD3d 975 (Dutchess)    denied 7/27/17
(DiFiore, Ch. J.)

People v Harris    2d Dept: 147 AD3d 872 (Dutchess)    denied 7/25/17
(Wilson, J.)

People v Haywood    2d Dept: 149 AD3d 980 (Westchester)    denied 7/26/17
(Fahey, J.)

People v Hemphill    1st Dept: 147 AD3d 476 (NY)    denied 7/10/17
(DiFiore, Ch. J.)

People v Herron    1st Dept: 150 AD3d 415 (NY)    denied 7/26/17
(Fahey, J.)

People v Holliday    1st Dept: 150 AD3d 540 (NY)    denied 7/20/17
(DiFiore, Ch. J.)

People v Holloway    App Term, 1st Dept: 55 Misc 3d 138(A)    denied 7/31/17
(NY)    (Stein, J.)

People v Horr    4th Dept: 149 AD3d 1610 (Monroe)    denied 7/25/17
(Rivera, J.)

People v Iqbal    2d Dept: 147 AD3d 782 (Queens)    denied 7/10/17
(DiFiore, Ch. J.)

People v Jackson    4th Dept: 149 AD3d 1625 (Onondaga)    dismissed 7/20/17
(Constantine)    (Rivera, J.)

People v Jackson (Vance) 2d Dept: 150 AD3d 1025 (Suffolk)    denied 7/26/17
(Fahey, J.)

People v James    2d Dept: 150 AD3d 1026 (Kings)    denied 7/31/17
(Stein, J.)

People v Johnson    1st Dept: 150 AD3d 405 (Bronx)    denied 7/26/17
(Odaine)    (Fahey, J.)

People v Johnson    App Div, 1st Dept: 2017 NY Slip Op    denied 7/28/17
(Robert)    72242(U) (NY)    (Wilson, J.)

People v Jollon    2d Dept: 150 AD3d 1027 (Queens)    denied 7/31/17
(Fahey, J.)
(Appeal Nos. 1
and 2)

People v Kabba    4th Dept: 151 AD3d 1739 (Monroe)    denied 7/28/17
(Wilson, J.)

People v Kalina    3d Dept: 149 AD3d 1264 (Sullivan)    denied 7/10/17
(DiFiore, Ch. J.)

People v Lambert    3d Dept: 151 AD3d 1119 (Ulster)    denied 7/24/17
(DiFiore, Ch. J.)

People v Lassiter    4th Dept: 149 AD3d 1579 (Monroe)    denied 7/24/17
(DiFiore, Ch. J.)

People v LaTouche    App Div, 2d Dept: 2017 NY Slip Op    dismissed 7/31/17
74100(U) (Rockland)    (Fahey, J.)

People v Lee    App Term, 1st Dept: 55 Misc 3d 138(A)    denied 7/7/17
(NY)    (Rivera, J.)

People v Lettieri    App Term, 2d Dept, 9th & 10th Jud Dists: denied 7/31/17
55 Misc 3d 147(A) (Suffolk)    (DiFiore, Ch. J.)